In the Matter of the Claim of ANTHONY BURKIEWICZ, Appellant, against CHELSEA FIBRE MILLS, AMERICAN MUTUAL INSURANCE COMPANY and SPECIAL FUND FOR REOPENED CASES under Section 25-a, Respondents. STATE INDUSTRIAL BOARD, Respondent.— This is a claimant's appeal from a decision of the State Industrial Board filed February 14, 1940, affirming earlier decisions and denying an award of compensation. Only a question of fact is involved. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ANNA LASER, Respondent, against GILMORE CAFETERIA, INC., and BAKERS MUTUAL INSURANCE COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of CARRIE N. WESTBROOK, Appellant, against E. W. EDWARDS & SON and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of PETER VIOLA, Respondent, against EMPIRE STATE TILE CO., INC., and GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORP., Appellants, and MONTAUK TILE CO., INC., and THE STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to divide costs between the State Industrial Board and the State Insurance Fund granted, and original decision amended to that effect. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.